CHRISTOPHER G. WARD, CA Bar No. 238777
  cward@foley.com
ARCHANA R. ACHARYA, CA Bar No. 272989
  aacharya@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KRISTA M. CABRERA, CA Bar No. 190595
  kcabrera@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

FLETCHER B. BROWN, (State Bar No. 276390)
  fletchbrown@gmail.com
**FLETCHER B. BROWN LAW FIRM**
2831 TELEGRAPH AVE.
OAKLAND, CA 94609
TELEPHONE: 510.299.1333

Attorneys for Plaintiff
RODERICK EDWARDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK EDWARDS, | ) Case No. 15-cv-06311-RS |
| Plaintiff, | ) **STIPULATION AND ORDER REGARDING ARBITRATION AND TO STAY ACTION AS MODIFIED BY THE COURT** |
| vs. | ) |
| MENZIES AVIATION, (USA) INC., DOES 1 THROUGH 100, inclusive, | ) |
| Defendant. | ) Judge:     Hon. Richard Seeborg<br>) Courtroom: 3 – 17th Floor |

This Stipulation Regarding Arbitration and to Stay Action ("Stipulation") is entered between Roderick Edwards ("Plaintiff"), on the one hand, and Menzies Aviation (USA), Inc. ("Menzies") on the other as follows:

## RECITALS

**WHEREAS**, on November 25, 2015, Plaintiff filed a Complaint against Menzies alleging various claims related to his employment with Menzies (the "Complaint");

**WHEREAS**, on December 30, 2015, Menzies filed a Notice of Removal to this Court;

**WHEREAS**, on June 14, 2012, the Parties entered into an Agreement to be Bound by Alternative Dispute Policy (the "Agreement");

**WHEREAS**, the Parties desire to resolve this matter through final and binding arbitration in accordance with the terms of the Agreement.

## STIPULATION

In light of the foregoing, the Parties stipulate as follows:

1. The Complaint and all Causes of Action and Prayers for Relief contained therein shall be and hereby are, referred to mandatory, binding arbitration;

2. The Complaint and all Causes of Action and Prayers for Relief contained therein shall be and are hereby stayed pending the conclusion of binding arbitration;

DATED: January 5, 2016        **FOLEY & LARDNER LLP**
                              Christopher G. Ward
                              Krista M. Cabrera
                              Archana R. Acharya


                              */s/ Krista M. Cabrera*
                              Krista M. Cabrera
                              Attorneys for Defendant MENZIES AVIATION (USA), INC.

DATED: January 4, 2016        **FLETCHER B. BROWN LAW FIRM**
                              Fletcher B. Brown


                              */s/ Fletcher B. Brown*
                              Fletcher B. Brown
                              Attorneys for Plaintiff RODERICK EDWARDS

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil Local Rile 5-1(i)(3), that the concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: January 5, 2016                                             By:     */s/ Krista M. Cabrera*
                                                                                          Krista M. Cabrera

**ORDER**

Pursuant to the Stipulation of the Parties, good cause appearing therefor, this action is hereby stayed as set forth above. The matter shall be administratively closed. Any party may move to reopen the case in the event further proceedings become necessary.

**IT IS SO ORDERED**.

DATE:  1/7/2016                           BY: _____
                                          Hon. Richard Seeborg
                                          United States District Judge